UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES FUNK,

    Plaintiff,                                  CASE NO.: 1:23-cv-00216-AW-MJF

v.

MARKER 8.5 LLC d/b/a
DUNCAN'S ON THE GULF,

    Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, JAMES FUNK, by and through his undersigned counsel and pursuant to the Fed. R. Civ. P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby dismisses this action without prejudice.

                                              /s/ *Tiffany R. Cruz*
                                              Tiffany R. Cruz
                                              Florida Bar No.: 090986
                                              Tiffany@tiffanycruzlaw.com
                                              Kevin C. Kostelnik
                                              Florida Bar No.: 0118763
                                              Kevin@tiffanycruzlaw.com
                                              Meredith@tiffanycruzlaw.com
                                              Parker @tiffanycruzlaw.com

                                              **CRUZ LAW FIRM, P.A.**
                                              411 N. Calhoun Street
                                              Tallahassee, FL 32301
                                              *ATTORNEYS FOR PLAINTIFF*