## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**JAMES FUNK,**

      **Plaintiff,**

**v.**                             **Case No. 1:23-cv-216-AW-MJF**

**MARKER 8.5, LLC,**

      **Defendant.**

_____/

## ORDER CLOSING THE FILE

Plaintiff has filed a notice of voluntary dismissal without prejudice. ECF No. 4. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) ("It is well established that Rule 41(a)(1)(i) grants a plaintiff an unconditional right to dismiss his complaint by notice and without an order of the court at any time prior to the defendant's service of an answer or a motion for summary judgment."). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on September 11, 2023.

                        s/ *Allen Winsor*_____
                        United States District Judge